TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C., Plaintiff–Appellee,

v.

Rauf ASHRAF and Empyrean Investment Fund, L.P., Defendants–Appellants.

No. 07–1347–cv.

United States Court of Appeals, Second Circuit.

March 20, 2009.

Mathew E. Hoffman and Nicole V. Barbaro, Todtman, Nachamie, Spizz, & Johns, P.C., New York, N.Y., for Appellee.

Rauf Ashraf, pro se, Brookline, Mass.

Vikrant Pawar, for Appellant Empyrean Investment Fund, L.P.

PRESENT: Hon. JOHN M. WALKER, JR., Hon. GUIDO CALABRESI, Hon. SONIA SOTOMAYOR, Circuit Judges.

## SUMMARY ORDER

Defendants appeal the District Court's entry of default judgment and denial of a motion to vacate the entry of default judgment. We assume the parties' familiarity as to the facts, procedural history, and issues raised on appeal.

We review the District Court's decision for abuse of discretion. *See Pecarsky v. Galaxiworld.com Ltd.,* 249 F.3d 167, 171

(2d Cir.2001). Having thoroughly reviewed the record, we find Appellants' claims to be meritless for substantially the reasons stated by the District Court. Accordingly, we **AFFIRM** its decision.